IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** King, Karen

Printed: 12/19/07

Case Number: 06 B 00291
Judge: Hollis, Pamela S
Filed: 1/12/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: November 28, 2007
Confirmed: April 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 28,964.91 |  |
| Secured: |  | 11,829.57 |
| Unsecured: |  | 2,694.98 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 895.23 |
| Other Funds: |  | 11,745.13 |
| Totals: | 28,964.91 | 28,964.91 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Deer & Stone | Administrative | 1,800.00 | 1,800.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | JP Morgan Chase Bank | Secured | 6,485.67 | 6,485.67 |
| 6. | JP Morgan Chase Bank | Secured | 15,955.22 | 5,343.90 |
| 7. | Resurgent Capital Services | Unsecured | 2,694.98 | 2,694.98 |
| 8. | Deer & Stone | Priority |  | No Claim Filed |
| 9. | Citi Cards | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,935.87 | $ 16,324.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 64.46 |
| 5% | 87.43 |
| 4.8% | 230.61 |
| 5.4% | 512.73 |
|  | $ 895.23 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  King, Karen | Case Number:  06 B 00291 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/19/07 | Filed:  1/12/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

